Chicago Title & Trust Company, appellee, v. Andrew J. Vlachos et al., defendants, on appeal of Hercules J. Vlachos, appellant. Gen. No. 36,071.

Opinion filed October 4, 1932.

Harold O. Mulks, for appellant. Litsinger, Healy, Reid & Bye, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

## SECOND DISTRICT.

Herman J. Ohls, appellee, v. J. D. Allen et al., appellants. Gen. No. 8,361.

Opinion filed July 22, 1932. Rehearing denied November 1, 1932.

Floyd E. Eckert, for appellants. V. S. Lumley, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Rockwood Sprinkler Company of Illinois, appellee, v. The Swords Company, formerly Swords Bros. Company, appellant. Gen. No. 8,435.

Opinion filed July 22, 1932.

Welsh & Welsh and Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Carlton K. Welsh and Earl K. Schiek, of counsel. Whitman, Miller & Coon and William D. Knight, for appellee; Henry G. Miller, William D. Knight and Claud H. Coon, of counsel.

Mr. Justice Jett delivered the opinion of the court.

P. E. Howard, appellee, v. Estate of Benjamin P. Roberts, deceased, appellant. Gen. No. 8,424.

Opinion filed July 29, 1932.

W. H. Dyer, for appellant. Anker C. Jensen, for appellee.

Mr. Justice Jett delivered the opinion of the court.